IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| TIM E. JOHNSTON, | ) | |
| | ) | |
| Plaintiff, | ) | 8:16CV118 |
| | ) | |
| v. | ) | |
| | ) | |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security Administration, | ) ) ) | ORDER |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

This matter is before the Court on defendant's motion for extension of time in which to respond to plaintiff's brief (Filing No. 15). The Court notes plaintiff has no objection, and said motion will be granted. Accordingly,

IT IS ORDERED that defendant's motion for extension of time is granted; defendant shall have until September 12, 2016, to file her brief.

DATED this 30th day of August, 2016.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court