IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| TIM E. JOHNSTON, | ) | |
| | ) | |
| Plaintiff, | ) | 8:16CV118 |
| | ) | |
| v. | ) | |
| | ) | |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security Administration, | ) ) ) | ORDER AND JUDGMENT |
| | ) | |
| Defendant. | ) | |

Pursuant to the memorandum opinion entered herein this date,

IT IS ORDERED:

1) The final decision of the Acting Commissioner of Social Security Administration is affirmed. Plaintiff's complaint is dismissed.

2) Defendant's motion to affirm Commissioner's decision (Filing No. 17) is granted.

3) Plaintiff's motion for oral argument (Filing No. 20) is denied as moot.

DATED this 1st day of February, 2017.

BY THE COURT:

/s/ Lyle E. Strom

_____
LYLE E. STROM, Senior Judge
United States District Court